IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMEL WEEKS, | § | |
| | § | No. 571, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| | § | Superior Court of the |
| v. | § | State of Delaware, in and for |
| | § | New Castle County |
| STATE OF DELAWARE, | § | |
| | § | Cr. I.D. No. 1307009849 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 26, 2015
Decided: August 27, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 27th day of August 2015, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its ruling on January 27, 2014, and order dated August 25, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice